USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2021

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br>Plaintiff, <br><br> CHARLES ("C.J.") WATSON, JR, <br><br>Defendant. | CASE NO. 21-cr-603- 17 (VEC) <br><br>**ORDER FOR ADMISSION PRO HAC VICE** <br><br>Judge: Valerie E. Caproni <br><br>Action Filed: October 4, 2021 |

The motion of Ariel A. Neuman for admission to Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Ariel A. Neuman |
| Firm Name: | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. |
| Address: | 1875 Century Park East, 23rd Floor |
| City/State/Zip: | Los Angeles, CA 90067-2561 |
| Telephone/Fax: | (310) 201-2100/ (310) 201-2110 |
| Email: | aneuman@birdmarella.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel of record for Charles ("C.J.") Watson, Jr, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned action in the United States District Court for the Southern District

2

of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 22, 2021

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE