

Case 1:21-cr-00603-VEC Document 1181 Filed 11/29/23 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2023

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2023

**BY ECF**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 443
New York, NY 10007

   **Re:**  *United States v. Watson*, **S5 21 Cr. 603 (VEC)**

Dear Judge Caproni:

   The Government writes in response to the Court's order. The parties do not object to the unsealing of the above-captioned case.

   The Government is available to address any questions the Court may have.

       Respectfully submitted,

       DAMIAN WILLIAMS
       United States Attorney


    By: _/s/_____
      Ryan B. Finkel
      Daniel G. Nessim
      Assistant United States Attorneys
      (212) 637-6612/-2486

The Clerk of Court is respectfully directed to
unseal this matter in its entirety.

SO ORDERED.

Valerie Caproni   11/30/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE