

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2023

December 1, 2023

**BY ECF**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Watson*, S10 21 Cr. 603 (VEC)

Dear Judge Caproni:

    The Government writes to respectfully request that the Court direct the Clerk's Office to renumber *United States v. Watson*, as S10 21 Cr. 603 (VEC) rather than *United States v. Watson*, S5 21 Cr. 603 (VEC). When unsealing the *Watson* case, the Clerk's Office informed the Government that both *United States v. Watson* and *United States v. Khaziran* are numbered "S5" thereby necessitating this request.

    The Government is available to address any questions the Court may have.

                    Respectfully Submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

          by:    /s/
                    Ryan B. Finkel
                    Daniel G. Nessim
                    Assistant United States Attorneys
                    (212) 637-6612 / 2486

Application GRANTED. The Clerk of Court is respectfully directed to renumber *United States v. Watson*, S5 21 Cr. 603 (VEC), as *United States v. Watson*, S10 21 Cr. 603 (VEC).

SO ORDERED.

*[signature]*    12/01/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE