UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA          :
          -against-                      :       21-CR-603 (VEC)
                                               :       ORDER
CHARLES WATSON, JR.,              :
                Defendant.       :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 6, 2022, the parties appeared for an arraignment and change of plea hearing;

    WHEREAS Mr. Watson waived his right to be indicted by a grand jury and entered a plea of guilty to Count 1 of the Superseding Information (S10), which was accepted by the Court.

    WHEREAS Mr. Watson also entered a plea of guilty to Count 2 of the Superseding Information (S10), which the Court has not yet accepted.

    IT IS HEREBY ORDERED that, not later than end of day **Wednesday, June 13, 2022**, the Government must submit a letter via email explaining the legal basis for Count 2 of the Superseding Information (S10), given the facts as sworn to by the Defendant.

    IT IS FURTHER ORDERED that due to Mr. Watson's ongoing cooperation, his sentencing is adjourned *sine die*. A control date is set for **Thursday, July 6, 2023, at 2:30 P.M.**

SO ORDERED.

Dated: July 6, 2022
       New York, NY

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**