UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                     :
                                             :
    -against-                                :     21-CR-603 (VEC)
                                             :
                                             :     ORDER
CHARLES WATSON, JR.,                         :
                                             :
                Defendant.                   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on July 6, 2022, the parties appeared for an arraignment and change of plea hearing;

   WHEREAS Mr. Watson waived his right to be indicted by a grand jury and entered a plea of guilty to Count 1 of the Superseding Information (S5), which was accepted by the Court.

   WHEREAS Mr. Watson also entered a plea of guilty to Count 2 of the Superseding Information (S5), which the Court has not yet accepted; and

   WHEREAS the Court has received the Government's letter brief on the legal theory behind Count 2.

   IT IS HEREBY ORDERED that, if Mr. Watson wishes to respond to the Government's letter brief, his response must be filed no later than **Friday, July 29, 2022**.

   IT IS FURTHER ORDERED that the Government's reply must be filed no later than **Friday, August 5, 2022**.

SO ORDERED.

Dated: July 15, 2022
       New York, NY

                                                 _____
                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**