

Ariel A. Neuman

(310) 201-2100
aneuman@birdmarella.com
www.birdmarella.com

File 5062.2

**MEMO ENDORSED**

June 30, 2023

**BY ECF AND EMAIL**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov

Re: *United States v. Charles Watson, Jr.*, **21-CR-603 (VEC)**

Dear Judge Caproni:

We are counsel for Mr. Watson in the above-captioned matter. I write with consent of the Government to request that the Court schedule Mr. Watson's sentencing for February 6, 2024, or on another convenient date in February 2024 when Mr. Watson and his counsel are available.[1] Mr. Watson entered a plea of guilty to a two-count superseding Information, pursuant to a cooperation plea agreement, and the Government expects that his cooperation will be completed after the trial in this matter, which is scheduled to begin in November 2023.

We also request that the Court take the status conference to set a sentencing date for Mr. Watson, currently scheduled for July 6, 2023 at 2:30 p.m., off calendar or, in the alternative, permit Mr. Watson and his counsel to appear remotely. Mr. Watson lives in Nevada and counsel are located in Los Angeles.

//

//

---

[1] As of today's date, Mr. Watson and his counsel are available on February 5-9, 20-23, and 26-29.

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow PC
1875 Century Park East, 23rd Floor Los Angeles, California 90067-2561

Judge Caproni
June 30, 2023
Page 2

We are available to address any questions the Court may have, and request that this letter be filed under seal in light of the reference to Mr. Watson's cooperation.

Sincerely,

**Ariel A. Neuman**

AAN:ehs
3876463.1

> Application GRANTED. The sentencing hearing in this matter is scheduled for **Monday, February 5, 2024, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' sentencing submissions are due on **January 22, 2023**. The Government must file any motion to close the courtroom or to unseal the matter by **January 22, 2023**.
>
> SO ORDERED.
>
> 06/30/2023
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow PC
1875 Century Park East, 23rd Floor Los Angeles, California 90067-2561