USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/08/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA :
:
-against- : 21-CR-603 (VEC)
:
: ORDER
CHARLES WATSON, JR., :
:
Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Watson is scheduled to be sentenced on Tuesday, March 26, 2024, at 11:00 A.M., *see* Order, Dkt. 1179; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that Mr. Watson's sentencing is ADJOURNED until **Wednesday, March 27, 2024, at 11:00 A.M.**

**SO ORDERED.**

Date: February 8, 2024
New York, NY

**VALERIE CAPRONI**
**United States District Judge**